No. 77–964. IRANIAN SHIPPING LINES, S. A. *v.* ARYA SHIPPING LINES, S. A., ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–965. TAMARI ET AL., DBA WAHBE TAMARI & SONS Co. *v.* BACHE & Co. (LEBANON) S. A. L. ET AL. C.-A. 7th Cir. Certiorari denied.

No. 77–967. CROWNOVER *v.* GLEICHMAN ET AL. Sup. Ct. Colo. Certiorari denied.

No. 77–973. FAULKNER *v.* BALDWIN PIANO & ORGAN Co. ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–985. GEISINGER *v.* BOARD OF COUNTY COMMISSIONERS OF MIAMI COUNTY, OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 77–1070. KOEHNEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–1079. LOMBARDI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5466. ROBINSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5672. BOORD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–5690. HUGHES *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77–5750. PHILLIPS *v.* WILLIAMS ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 77–5760. SMITH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.